# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PAROLE AGENT RUDY FIELD, et al.,<br><br>　　　　　Defendants. | NO. ED CV 12-0097 FMO (RZ)<br><br>ORDER ACCEPTING SECOND INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Having reviewed the file in this matter, and the Second Interim Report and Recommendation of United States Magistrate Judge ("Second Interim R&R") , and noting that plaintiff has not filed any objections to the Second Interim R&R, IT IS ORDERED that:

1. The Court accepts the findings and recommendations in the Second Interim R&R;

2. Defendant Rudy Fields' Motion to Dismiss **(Document No. 32)** is **granted**;

3. Defendant Rudy Fields is dismissed from the action with prejudice; and

4. Any and all other defendants except Mrs. Reed are dismissed without prejudice for failure to prosecute.

Dated this 1st day of February, 2013.

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　United States District Judge