UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 12-00097 FMO (RZ) | Date | March 20, 2013 |
|---|---|---|---|
| Title | GEORGE TAYLOR v. PAROLE AGENT RUDY FIELDS, et al. | | |

| Present: The Honorable | RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE |
|---|---|
| Ilene Bernal | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**   In Chambers –
  **ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

　　Plaintiff commenced this civil rights action 14 months ago, blaming a parole agent named Mrs. Reed, among others, for using excessive force during an arrest. On September 27, 2012, Plaintiff filed a proof of service of process upon Mrs. Reed by one Altheia Taylor, who stated that the acts constituting service occurred on September 25 and/or 26. (The proof, a fill-in-the-blanks and check-the-boxes form, is confusing. Although the form's directions call for the filer to "check only one" box, of four, to indicate the manner in which service was accomplished, Ms. Taylor checked no boxes yet wrote in each section, indicating that she served process in all four of the listed ways.) The Court dismissed all defendants other than Mrs. Reed on February 1, 2013.

　　Plaintiff has taken no further action to prosecute the case as to Mrs. Reed in the nearly six months since Ms. Taylor says she served Mrs. Reed. Accordingly, Plaintiff shall show cause in writing, within 30 days and in a brief not to exceed five pages, why the Court should not dismiss this action for failure to prosecute it with reasonable diligence.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　　　　　ib