**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE TAYLOR, | ) | CASE NO. ED CV 12-00097 FMO (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| PAROLE AGENT RUDY FIELD, ET AL., | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Third Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Third Report.

DATED: June 10, 2013

                                                         /s/
                                     FERNANDO M. OLGUIN
                               UNITED STATES DISTRICT JUDGE