**O**

1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   GEORGE TAYLOR,                    )        CASE NO. ED CV 12-00097 FMO (RZ)
                                       )
12                      Plaintiff,     )
                                       )        JUDGMENT
13               vs.                   )
                                       )
14   PAROLE AGENT RUDY FIELD, ET AL.,  )
                                       )
15                      Defendants.    )
                                       )
16

17          Pursuant to the Court's Order Accepting the Third Report and

18   Recommendation of the United States Magistrate Judge,

19          IT IS ORDERED AND ADJUDGED that the action is dismissed for failure

20   to prosecute.

21          DATED: June 10, 2013

22

23                                          _____/s/_____
                                            FERNANDO M. OLGUIN
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28